UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LUXUL TECHNOLOGY INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>NECTARLUX, LLC, et al., <br>　　　　Defendants. | Case No.  14-CV-03656-LHK <br><br>**CASE MANAGEMENT ORDER** |

An initial case management conference was held on January 7, 2015.  A further case management conference is set for April 8, 2015, at 2 p.m.

The parties shall contact the Court's ADR unit to schedule their early neutral evaluation. The early neutral evaluation shall be completed by March 23, 2015.

The parties shall exchange initial disclosures by January 9, 2015.

The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: April 3, 2015
FACT DISCOVERY CUTOFF: October 16, 2015
EXPERT DISCOVERY:
　　Opening Reports: November 6, 2015
　　Rebuttal Reports: December 4, 2015
　　Close of Expert Discovery: January 22, 2016

1

Case No.: 14-CV-03656-LHK
CASE MANAGEMENT ORDER

DISPOSITIVE MOTIONS shall be filed by February 5, 2016, and set for hearing no later than March 17, 2016 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: May 26, 2016, at 1:30 p.m.

JURY/COURT TRIAL: June 6, 2016 at 9 a.m. Trial is expected to last 7 days.

**IT IS SO ORDERED**.

Dated: January 7, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No.: 14-CV-03656-LHK
CASE MANAGEMENT ORDER