UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUXUL TECHNOLOGY INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NECTARLUX, LLC, et al.,<br><br>　　　　Defendants. | Case No. 14-CV-03656-LHK<br><br>**CASE MANAGEMENT ORDER** |

　　　　Pursuant to Civil Local Rule 7-1(b), the Court finds the pending motions for summary judgment (ECF Nos. 93, 94) suitable for decision without oral argument and hereby VACATES the hearing set for June 2, 2016.  The Court CONTINUES the case management conference set for June 2, 2016 to July 7, 2016 at 1:30 p.m., concurrent with the pretrial conference.

　　　　The parties' motions in limine are due June 23, 2016.  The parties are limited to 4 motions in limine per side.  The motions in limine and oppositions shall not exceed 3 pages each.  There will be no replies.

**IT IS SO ORDERED.**

Dated:  May 31, 2016

　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　United States District Judge