UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LUXUL TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> NECTARLUX, LLC, et al., <br><br> Defendants. | Case No. 14-CV-03656-LHK <br><br> **ORDER REGARDING SETTLEMENT CONFERENCE** |

In light of the Court's ruling on the parties' cross-motions for summary judgment and sanctions, ECF No. 186, by 10 a.m. on Monday, June 20, 2016, the parties shall file a joint settlement conference statement indicating whether the parties are interested in participating in a Magistrate Judge Settlement Conference with Judge Cousins. Judge Cousins is available for a Settlement Conference on June 30, July 1, and July 5, 2016. If the parties wish to participate in a Settlement Conference, the parties shall contact Judge Cousins' Courtroom Deputy.

**IT IS SO ORDERED.**

Dated: June 16, 2016

_____
LUCY H. KOH
United States District Judge

1

Case No. 14-CV-03656-LHK
ORDER REGARDING SETTLEMENT CONFERENCE