UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUXUL TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> NECTARLUX, LLC, et al., <br><br> Defendants. | Case No.14-cv-03656-LHK <br><br> **ORDER REGARDING MOTION TO STRIKE EXPERT REPORT OF BONNIE J. GOLDSMITH** |

Defendants have filed a motion to strike the expert report of Plaintiff Luxul Technology Inc.'s expert Bonnie J. Goldsmith.  ECF No. 98.  Plaintiff has not included Bonnie Goldsmith on Plaintiff's witness list for trial.  ECF No. 190.  By 10 a.m. on Thursday, July 7, 2016, the parties shall file a joint statement stating whether the pending motion to strike Bonnie Goldsmith's expert report is moot.

**IT IS SO ORDERED.**

Dated: July 6, 2016

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 14-CV-03656-LHK
ORDER REGARDING MOTION TO STRIKE EXPERT REPORT OF BONNIE J. GOLDSMITH