UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUXUL TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> NECTARLUX, LLC, et al., <br><br> Defendants. | Case No. 14-CV-03656-LHK <br><br> **ORDER TO SHOW CAUSE AND GRANTING REQUEST TO EXTEND DEADLINE TO FILE MOTION TO WITHDRAW AS COUNSEL** |

Plaintiff Luxul Technology Inc. ("Luxul") has one claim for an account stated pending in the current litigation. In the parties' Joint Pretrial Statement, ECF No. 190, Luxul stated that "Luxul does not intend to seek any relief;" "Luxul does not intend to present any witnesses at trial;" "Luxul does not intend to present any evidence at trial;" and "Luxul does not intend to dispute any legal issues at trial." At the Pretrial Conference on July 7, 2016, the Court ordered the parties to file a stipulation of dismissal as to Luxul's account stated claim or a statement regarding Luxul's position on dismissal by July 13, 2016. ECF No. 198. On July 13, 2016, Luxul's counsel filed a statement stating that "[d]espite numerous calls and emails to Plaintiff's CEO, we have not obtained any authority to sign stipulations on behalf of Plaintiff." ECF No. 200.

1

Case No. 14-CV-03656-LHK
ORDER TO SHOW CAUSE AND GRANTING REQUEST TO EXTEND DEADLINE TO FILE MOTION TO WITHDRAW AS COUNSEL

Luxul is hereby ORDERED TO SHOW CAUSE as to why Luxul's account stated claim should not be dismissed with prejudice for failure to prosecute. Luxul has until July 22, 2016 to file a response to this Order to Show Cause. A hearing on this Order to Show Cause is set for July 28, 2016 at 4:30 p.m. Luxul's failure to respond to this Order and to appear at the July 28, 2016 hearing will result in dismissal with prejudice for failure to prosecute.

Additionally, in the July 13, 2016 statement filed by Luxul's counsel, Luxul's counsel requested until August 1, 2016 to file a motion to withdraw as counsel. The Court GRANTS Luxul's counsel's request. The deadline for Luxul's counsel to file a motion to withdraw as counsel is August 1, 2016.

By July 26, 2016, the parties shall file a status report on Luxul's bankruptcy petition.

**IT IS SO ORDERED.**

Dated: July 18, 2016

_____
LUCY H. KOH
United States District Judge

2
Case No. 14-CV-03656-LHK
ORDER TO SHOW CAUSE AND GRANTING REQUEST TO EXTEND DEADLINE TO FILE MOTION TO WITHDRAW AS COUNSEL