UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUXUL TECHNOLOGY INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>NECTARLUX, LLC, et al.,<br><br>        Defendants. | Case No. 14-CV-03656-LHK<br><br>**ORDER DISMISSING PLAINTIFF'S ACCOUNT STATED CLAIM WITH PREJUDICE AND VACATING TRIAL DATES** |

On July 18, 2016, the Court ordered Plaintiff to show cause as to why Plaintiff's account stated claim should not be dismissed with prejudice. ECF No. 201. The Court gave Plaintiff until July 22, 2016 to file a response to the Order to Show Cause. *Id.* Plaintiff did not file any response to the Order to Show Cause. Therefore, the Court VACATES the hearing on the Order to Show Cause and DISMISSES Plaintiff's account stated claim with prejudice for failure to prosecute.

Because all remaining claims in the instant lawsuit have been stayed pursuant to 11 U.S.C. § 362(a) by Plaintiff's petition for bankruptcy under Chapter 7 of the U.S. Bankruptcy Code, the Court VACATES the trial dates. If the bankruptcy court lifts the automatic stay, the parties shall notify the Court within 7 days of the stay being lifted, and the Court will reschedule the trial.

1

Case No. 14-CV-03656-LHK
ORDER DISMISSING PLAINTIFF'S ACCOUNT STATED CLAIM WITH PREJUDICE AND VACATING TRIAL DATES

The Clerk shall administratively close the file.

**IT IS SO ORDERED.**

Dated: July 26, 2016

_____
LUCY H. KOH
United States District Judge

Case No. 14-CV-03656-LHK
ORDER DISMISSING PLAINTIFF'S ACCOUNT STATED CLAIM WITH PREJUDICE AND VACATING TRIAL DATES